# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 8, 2022

Lyle W. Cayce
Clerk

No. 21-60962
Summary Calendar

Tamara Brown, M. Ed.,

*Plaintiff—Appellant*,

*versus*

Mr. Cory Uselton, Superintendent; DeSoto County Schools; DeSoto County School Board; Shane Jones, Principal; Annie Martin, Guidance Counselor; Natasha Williams, Guidance Counselor; Robert Wilkie, English Teacher Southaven High School; Amber Melton, 504 Department; Amerita Tell, Mississippi Department of Education,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:20-CV-261

No. 21-60962

Before CLEMENT, HAYNES, and HIGGINSON, *Circuit Judges*.

PER CURIAM:*

    Appellant fails to present any non-frivolous arguments on appeal. Accordingly, the judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.